**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**WILLIAM CALLOWAY,**

*Defendant.*

Case No. 1:20-cr-00053 (RCL)

## JURY VERDICT

We, the jury, find the defendant William Calloway:

_____✓____Guilty
_____Not Guilty

Your deliberations are complete. Please sign and date this verdict form and deliver it to the Marshal.

Date: December 20, 2021

Foreperson _____

Received Dec. 20, 2021, 2 Pm.

CSO. Kenny Temoupatai